UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WORKER BEES INVESTMENTS, INC, | ) | CASE NO. 26-17406 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | HON. JACQUELINE P. COX |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Monday, November 23, 2026, at 1:30 pm**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video**
**Meeting ID:** **992 103 864 719**
**Passcode:** **Sh9kX7LC**

**To Join by Phone**
**Telephone No.:** **(202) 235-7900**
**Passcode:** **246 737 577#**

All appearances at the meeting of creditors will be by Microsoft Teams. No personal appearances are permitted unless otherwise instructed by the U.S. Trustee's Office. The Debtor and Debtor's counsel must appear by video. All others may attend either on video or by phone.

ADAM G. BRIEF
ACTING U. S. TRUSTEE

By: */s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327

**CERTIFICATE OF SERVICE**

I, Jeffrey L. Gansberg,

☒ an attorney, certify
- or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice on each entity shown on the attached list at the address shown and by the method shown on October 26, 2026, at 5:00 p.m.

By: */s/Jeffrey L. Gansberg*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| Adam G. Brief: | Ustpregion11.es.ecf@usdoj.gov |
| Neema T. Varghese: | nvarghese@nvconsultingservices.com |
| James A. Young: | jyoung@jamesyounglaw.com, sarai@jamesyounglaw.com |

**Parties Served via U.S. First Class Mail*:**

- **See attached mailing matrix**

*The First-Class Mail Recipients will be served by BMC Group on the date noted above and a Proof of Service executed by BMC Group will be filed.

# Notice Recipients

District/Off: 0752−1 User: admin Date Created: 10/23/2026
Case: 26−17406 Form ID: 309F2 Total: 50

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Worker Bees Investments, Inc 425 Airport Rd Elgin, IL 60123
tr Neema T Varghese NV Consulting Services 701 Potomac, Ste 100 Naperville, IL 60565
aty James A Young James A. Young Law 75 Market St Suite 23 Elgin, IL 60123−5083
aty Neema T Varghese NV Consulting Services 701 Potomac, Ste 100 Naperville, IL 60565
smg Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101
smg Internal Revenue Service Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604
32326160 A To B 1 Embarcadero Ctr Ste 1200 PMB 34 San Francisco, CA 94111
32326161 Bank of America POBox 15796 Wilmington, DE 19886
32326162 Bay First 700 Central Ave Mail Code 206 Saint Petersburg, FL 33701
32326163 Be Green Services Inc c/o Gail Tavil 391 S Argyle Ave Elmhurst, IL 60126
32326164 Capital One Business POBox 4069 Carol Stream, IL 60197
32326165 Carter & Tani 420 E Roosevelt Rd Wheaton, IL 60187
32326166 Chase Bank POBox 4099 Carol Stream, IL 60197
32326167 Elgin Inn Corp Inc 5148 North Harlem Ave Harwood Heights, IL 60706−3617
32326168 Fora Financial Business Loans LLC 1385 Broadway 15th Floor New York, NY 10018
32326169 Forward Financing 53 State Street 20th floor Boston, MA 02109
32326170 Forward Financing LLC 53 State Street 20th Floor Boston, MA 02109
32326171 Headway Capital LLC 175 W Jackson Blve Ste 1000 Chicago, IL 60604
32326174 Huntington Bank 7 Easton Oval EA5W29 Columbus, OH 43219
32326175 Huntington Bank 7 Easton Oval EA5W29 Columbus, OH 43219
32326172 Huntington Bank PO BOX 182387 Columbus, OH 43218
32326173 Huntington Bank PO BOX 182387 Columbus, OH 43218
32334356 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101
32334357 Mail Stop 5014CHI 230 S. Dearborn Street, Room 2600 Chicago, IL 60604
32326176 Minico Corp. Inc c/o Michael Coker 150 E North Ave Villa Park, IL 60181
32326177 Quicken Loans 1050 Woodeard nAve Detroit, MI 48226
32326180 Robert Schmitt 10 N 601 Manchester Lane Elgin, IL 60124
32326181 Robert Schmitt 10 N 601 Manchester Lane Elgin, IL 60124
32326182 Robert Schmitt 10N601 Lancaster Lane Elgin, IL 60124
32326183 Robert Schmitt 10N601 Lancaster Lane Elgin, IL 60124
32326184 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326185 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326186 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326187 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326188 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326189 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326190 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326191 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326192 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326193 Robert Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326178 Robert and Jane Schmitt 10 N 601 Manchester Lane Elgin, IL 60124
32326179 Robert and Jane Schmitt 10N601 Manchester Lane Elgin, IL 60124
32326194 Servicing Solutions POBox 732695 Dallas, TX 75373
32326195 Shelby Sloniger 10W960 Stonebridge Lane Elgin, IL 60124
32326196 TD Bank POBox 100295 Columbia, SC 29202
32326197 Toyota Commerical Finance POB 660926 Dallas, TX 75266
32326198 Toyota Commerical Finance POB 660926 Dallas, TX 75266
32326199 Toyota Commerical Finance POB 660926 Dallas, TX 75266
32326201 US Bank POBox 790477 Saint Louis, MO 63179
32326200 Ursula Schmitt 901 Angle Tarn Rd RM 314 Dundee, IL 60118

TOTAL: 50